SA23CA0522 XR

FILED
APR 18 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: DEPUTY CLERK

[illegible]

Crime omiomal 6, /14, /28(40:159) /18(6351346/2:135241:4791030[illegible]

118(4791038/2:6351346/2:135241//135242) 118(4791040/2:6351346/2:135241//135242)
4791035: 6351347:
4791029/2: 10152075/2:
9351924/3: 10152071/3:
7351812/3: 10152072/3:
7351513/3: 4791028/4:
7351510: 4791018/2:

pa [illegible] written [illegible] as denied access to law library -$300 [illegible]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
San Antonio Division / 6, 6, 7, 11, /14, /

118(1523:10152074:6351346/2//135242) 118(1523:411878:6351346/2//135242)
135246: 135241:
4359124:135246: 435912:135241:
7351506/4/ 7351806/4/
10352114/5: 8351709/2:
411874: 1113:23:

pa [illegible] / pa grief / pa relief / pa [illegible] / pa judge / pa courthouse / [illegible]
~~434[illegible]~~ 6595653·10[16] / 4158278[illegible]·10[16]

[illegible] 4, 8, 13, /14, /118(355751/2:5591203:3757912/2//135242)

118(355751/2:5591203:4791001/2//135242) 118(355751/2:5591203:4791038/2//135242)
435911/ 4791913/2/
7791581/2/ 7791592/5/
4791035/ 6351347/
7351513/3/ 7351512/3/
113443/ 11355733213/
11935171/5/ 10352114/3/
~~1135~~135241/ 12/3/

pa [illegible] / pa [illegible] / pa [illegible] 2248·10[13] / 1002608·10[13]

[illegible]: [illegible], [illegible] 4, 10, 14, /118(355751/2:435911:6351346/2//135242)

118(435911:6351346/2:355751/2//135242) 118(435911:6351346/2:3757912/2//135242)
7791592/5//135240) 4791028/4/
7791540/4//135242) 4791029/2/
3351701/3/ 4791030/2/
4791035/ 9152/4/
6351347/ 99153/
421892/ 3155651/5/
421893/ 7351806/4/
421894/ 7351505/7/
10152073/3/ 2615733588·10[12]

pa [illegible] / pa [illegible], pa [illegible], pa [illegible] 9014779210·10[12] / ~~4[illegible]~~

[illegible] / [illegible] crim [illegible] 42(210 [illegible]2000 [illegible]-2000[illegible]-2)

2, 3, 4, 13, /10, 14, / 18(6351363/3:6351346/2:355751/2//135242)

maiming:

118(19:7:11ʒ:109057244:110052246/135242) 118(14:7:10ʒ:109057244:110052246/135242)
" 3757981/ " " 3757981/ "
" 1131352332H/ " " 1131352332D1/ "
" 80A/31 " " 80A/31 "

Injuring:

118(14:7:115:10252101:135218/135242) 118(14:7:10ʒ:10252101:135218/135242)
" 4351347/135242) " 4351347/ "
" 4731035/ " " 4531035/ "
" 3154649/2/135242) " 3154649/2/135242)

theft/damaging property:

118(19:1095227ʒ6:1035211ʒ/6:1035211ʒ/135242)/118(14:10952234:10352113/6:10352112/135242)
" 1095223ʒ: " 109522771/7:
" 10352114/3/135242) " 10352118/2/135242)

~~pu as BLADE 199726768771019362871081056·10[24]/1288273116318547940278.~~ 128827311631854794027874288·10[24]

PhD BKl: trafficked to PhDCN: 83/4/3/13/17/601: ~~4/4 13/6 12 3/6 / 8/5 1/4/3~~ as conts, 6th, BLADE, p:l human mi 4/4 13/6 /2/4 3/6 /8/5 /1/4/3 /118(355751/2:7751590/4:3757912/1/135242)
118(355751/2:7751590/4:5531203/135242) 118(355751/2:7751590/4:355751/2/135242)
" 775159574/135242) 2070444144·10[26] 1131352337ʒ/

Pet pu as BLADE/pu trafficking act accumulate /p:l / ~~6494442·10~~ 94/411150352210[24]

PhDCN: as 6th/BK/BLADE, p:l 4/4 13/6 /2/4 3/6 /1/4/3 /118(355751/2:3757912:5531203/135242)

118(355751/2:5531203:3757912/2/135242) 118(355751/2:5531203:7751557/4/135242)
" 7751590/4/135242) " 113B52337D1/ "
" 1131352332Z/4/135242) " 113B52332H/ "
" 113B52732D/ " " 73115/ "
" 4731035/ " " 6351347/ "

pu as BLADE /p:l 14564·10[24]/1060433912·10[24]

CaNON: as BLADE, 6th, BK, CC, p:l /4/4 13/6 /2/4 3/6 /8/5 /1/4/3 /1/6 2/7 /

118(355751/2:5531203:113135273324/135242) 118(355751/2:5531203:1131352332Z5/135242)
" 113/31 " " 113B52332D/ "
" 7/ " " 7:11b/ "
" 1100522646/ " " 113B52332Z/4/135242)

pu as BLADE /p:l 4096416·10[23]/3105083324·10[23]

-JOUN/Email/78207/as all above p:l

5. UNKNOWN: as above, USDC p.l.: O.L. Garcia / J.K. Pullion / R.B. Amm / F. Diaz /
X / Rodriguez / - I[illegible] 7[illegible] /14 /118(1352[illegible]: 415872/2: 415873 /135242)

/118(135246: 415874: 415874/135242)      118(135246: 415874: 415875 /135242)

| | | | | | |
|---|---|---|---|---|---|
| " " | 415879/ | " | " | 435912/ | " |
| " | 251505/3/135242) | | " | 475/001/2/135212) | |
| " " | 99152/4/ | " | " | .315665/5/ | " |
| " | 95183/ | " | " | .315667/2/ | " |
| " | 11/37/ | " " | " | -4751018/2/ | " |
| " | 23/ | | " | 4751028/4/ | " |
| " " | 1035214/3/ | " | " | 8351703/3/ | " |
| | 8351702/ | " | " | 8351709/3/ | " |
| | | | " | 8351709/2/ | " |

p.m. as USDC, p.l. 4258412959410[14]

6. UNKNOWN: as above, USDC p.l.      7. UNKNOWN: as above, USDC; p.l.

[Handwritten legal document — largely illegible cursive text interspersed with columns of numeric citations. Best-effort partial reading follows.]

18(9)15391051215169031871113124125 118(99157:1057215137579811135242)
       73715121317135211121       735181317135211121
    19/                           4311344121
    8151801/                      1175231a1a181
    35175121                      113522196/
    771159215/                    11317719161
    771158514/

per penny, per ounce/avg, per gram/in hundreds, per item, per unit
200/N/Remol/78207/ or all according to: 82052069016:10^15

act/omi or center
  Def #10: Everytime/on/Everything/that/would/have/lastly/all me/as/U/H
Floor, Po/N/H Picketh or Def#1 and Def#6 or center, p:l
200/N/Remol/78207/ or all accoring, p'd

act/mis or center — ongoing
X  where: 200 N. Remol/

   when: since 21.9.4.92, 10:30 — ongoing

who what this: I continue to remain here due to the detention for what was
reasons of Def #1, 2, 3, #1 which may consist of Def# 2, 3,
4, 5, 6, 7, 8, 9 and 10, I have no reason to be here and away
from my family or or children. I am not /mrs Recluse, I am not
gaye, nor have I given any authorization for any level of viewing
or/o "experimentation" @ all and never would do so! I have
been away from my children way to long for nothing, especially
for some bitter moms' whims. Due to this, I am a hostage
and this is a terroristic assault, ongoing. This seems to be contrary
to my religion beliefs and understandings on purpose and is also
a great compromise to my traditional understandings and
practices or or American-Indian! For I am a minister with
my family as also their Herbalist, Medicine-Man, and a Shaman!
This terroristic act, ongoing is omissions of amdments 8/#8, 13 and 2
and 4 as well!

Where: 6th Th Police Station, WOM Covid 7829

When: 23.4.6.14. 1210 - ongoing

Who What How: Effort a day. While being trafficked by acts of Def# 6, 7, 8, and 9 I was "Shook down" and ~~they were~~ ~~arrested~~ ~~and molested during an an unlawful shakedown~~ by Def# 6, 7, and 8; then molested by Def #8 during an unlawful shakedown. As effect were unlawfully seized as criminal evidence of imprisonment 9 as criminal omissive of imprisonment 2 and 8, and 13! Personal items and evidences were removed and discarded. Items "Sealed packs" that are given by ~~them~~ issuing and purchased from the detainees! were forged! Items: 1) Stinger, materials for construction of Stinger, 30 pens, drawing or newspaper materials, 1 eraser, evidence of DNA of 2nd Skim, 5 blankets - we am left alone on frankly tortured w/ frigid temperatures all year long, 4 medicated the results of S~~mfers~~ Sodas and ~~pariah~~ projection due to disease being jerked in the packaging w/i the frigid temperatures of the air! per Wash towels for some the many bugs 1 season reason, p/i rubbing soap on a place gets them clean! of coffee were. This is to prevent exfoliation and removal of the evidential DNA contained in. Skim and by now all these ~~fucks~~ know it! Total loss $95 - over $900 - then ~~being compromised of~~ plus medical supplies and evidences! "Contraband" here is an opinion of contrast! If it works for me yet does not comply w/ their agendas!?

Where: from BK, to CE, to BE

When: 23.4.5.13.17.10-ongoing

What this who: Not sure the rhyman, reason of the "motive" or conspiracy of Def# 9, but did conclude sabotage through economic espionage as Def#9 is directing the arrest and trafficking of 23.4.6.14. 12.10 In stead of going home to wife and kids was trafficked from and to three pids by false accusations of an anonymous accusers! I have business in these pids that I am awaiting payment for

that Pllf # 9 has maliciously deprived me of. This total $219 — and due to the poor quality and its lack of nutrients plus the overall radiation from terroristic radiological dispersal device kway up needed, much needed, nutrients from as ; 11 bags of beans, 4 soups, 6 coffee, 6 danish, medicated ointment 2 cookies. There may be underlying conspirings for extortion in these acts !?

VI. Relief: $ 7/399/4/f: 79/0g/1240$1/4/745910$4/6g3167741/713909009159/1832000009000 — per minute hostage and in unlawful custody of only but knows what ; under unlawful surveillance of stalkers, voyeurs and gapers, and being unwary and severed from communications w/ my family and friends —

VII. 6.B.I.A. all my/lla/bl/me/l content : as contr. p.l
(R)/l any/lla/bl/ame/ l/Contest : as center ,p.l
FULL/THEFT/CONVERSIONS/COERCION / (still an unknown); p.l (criminal omissions) 42(52A§925)
42(52A§425): 70/l §1975 — 1975c §; 21 §1981 — 2000h-6; 21A§2000aa — 2000ac — 12 : 21§2000ee-2000ea-3: 21B§2000bb-2000bb — 4: 21C §2000cc-2000-cc-5: 21D§2000dd-2000dd-7); 4y/10414g/18 (43§911: 6:3§1346/2: 06/8/2/13§2442)
1/8( 43§911:135§241: 06/8/2/1/35§242)    1/8§ 43§911: 96/5/12 : (3§1346/2/135§242)
1/8§ 43§911: 753 711/48 96/8/2/135§247)

| | | | |
|---|---|---|---|
| 4 | 1/23§272/2/2: 94/8/2/135§242) | 4 | 1/735§237/2 §96/8/2/135§24() |
| ` | 33§701/3: | ` | 45§08: |
| v | 42§§2722: | ` | 429§892: |
| v | 63§1344 : | ` | 42 § 843: |
| v | 375§1002 : | 4 | 92§ 844: |
| ` | 375§1018/2: | v | 6§§1347: |
| ` | 475§10 28/4: | ` | 735 1372/81 |
| ` | 475§102/7: | ` | 775 1573/71 |
| ` | 475§1030/2: | ` | 735 1506/4/ |
| ` | 1§5§2384: | 1 | 635§1341/188 |
| 4 | 9§15§294: | 4 | 33§ 7011/2: |

per minute of abnormal usage since initial extraction / pa letter / pa use / pa pusa of effect / pa mint hostage / pa use / pa pam to use / pa ergah / pa ww /
47734073454.10[19]

B. DONOR/INTERROG ; CONSPIRACY as above, p.l
83. 84. 7.15.                                    UCC-3011

IV. general

Whr M/a hri' Due to the unlawful acts of Def # 6, 7, 8 and 9 the sealed packaging which my commissary items and merchandise and medical products were compromised, destroyed and discarded by acts of burglarization. This leaves over 80 bags of coffee medicated coffee and 10 bags of powdered drink each valued at 5 dollars more or less totaling little more than $450 is now fully exposed with very little and limited security, especially with food products in this environment. This seems to continue to be a problem here is of conspired for that or for sabotage, mismanaged risk, and and so forth.

Then Def # 9 seems to a/on obvious sabotage. Due to expense schedules are being trafficked just before commissary day to or cause deprivation for payment or recompense of items. Even to be aware of the value of this and deny one its reckoning is a conspired intent, to have acts I am targeted or single out in an unlawful system of peonage of which I am tortured and attempts of terrorism as a hostage!

23.4.7.18.10.14                                      VCC 1-708

O