UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ELLERY CARTER, SID #681667,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | SA-23-CV-00522-XR |
| **UNKNOWN DEFENDANTS,** | § § § | |
| **Defendants.** | § | |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal, denying Plaintiff Ellery Carter's presumed request to proceed *in forma pauperis* and dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Ellery Carter's presumed request to proceed *in forma pauperis* is **DENIED** and his 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of section 1915(g).

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED**.

It is so **ORDERED**.

SIGNED this 1st day of May, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE